Jonathan T. Skrmetti
(TN BPR No. 031551)
Butler Snow LLP
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
P: 901-680-7384; F: 901-680-7201
Email: jonathan.skrmetti@butlersnow.com
*National Counsel for Defendant, ALLSTATE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DONNA O'NEILL and ANTHONY O'NEILL,
                Plaintiff,

       -against-

ALLSTATE INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------------X

Case No. 2:13-cv-06744-ADS-SIL

**NOTICE OF APPEARANCE**

TO:    Sean Greenwood
         Gauthier Houghtaling and Williams
         52 Duane Street, 7th Floor
         New York, NY 10007

      PLEASE TAKE NOTICE, that the undersigned counsel enters an appearance for and on behalf of Defendant, *ALLSTATE INSURANCE COMPANY*, and requests that copies of all notices and pleadings given or filed in this case be served upon the party listed below at the following address and telephone number via the Court's NCF Notification system:

         Jonathan T. Skrmetti
         Butler Snow LLP
         Crescent Center
         6075 Poplar Avenue, Suite 500
         Memphis, TN 38119
         P: 901-680-7341; F: 901-680-7201
         Email: jonathan.skrmetti@butlersnow.com
         *National Counsel for Defendant, ALLSTATE INSURANCE COMPANY*

PLEASE TAKE FURTHER NOTICE, that this request includes not only notices and papers, but also any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, or otherwise made with regard to the referenced case and proceedings.

DATED: Memphis, Tennessee
December 22, 2014

                                      Butler Snow LLP

                                      By: */s/ Jonathan T. Skrmetti*
Jonathan T. Skrmetti (TN BPR No. 031551)
Butler Snow LLP
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
P: 901-680-7341; F: 901-680-7201
Email: jonathan.skrmetti@butlersnow.com
*National Counsel for Defendant, ALLSTATE INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all attorneys of record registered with the Court's CM/ECF system including counsel as follows:

Sean Greenwood
Gauthier Houghtaling and Williams
52 Duane Street, 7th Floor
New York, NY 10007

*Attorney for Plaintiff(s)*

                                         */s/ Jonathan T. Skrmetti*
                                         Jonathan T. Skrmetti